IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD LOCATION TECHNOLOGIES, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 14-879 (RGA) ) |
| NISSAN NORTH AMERICA, INC., | ) ) |
| Defendant. | ) ) |

**STIPULATION OF DISMISSAL**

Under Federal Rule of Civil Procedure 41(a), Rothschild Location Technologies, LLC ("RLT"), dismisses it claims against Nissan North America, Inc. ("Nissan"), with prejudice. Nissan dismisses its counterclaims against RLT with prejudice with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Stephen B. Brauerman* | */s/ Jack B. Blumenfeld* |
| Richard D. Kirk (#922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | 1201 North Market Street |
| Vanessa R. Tiradentes (#5398) | P.O. Box 1347 |
| Sara E. Bussiere (#5725) | Wilmington, DE  19899 |
| 222 Delaware Avenue, Suite 900 | (302) 658-9200 |
| P.O. Box 25130 | jblumenfeld@mnat.com |
| Wilmington, DE  19899 | |
| (302) 655-5000 | *Attorneys for Defendant* |
| rkirk@bayardlaw.com | |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | |

*Attorneys for Rothschild Location Technologies, LLC*

SO ORDERED this _____ day of January 2015.

_____
                                                                           J.